## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CODY ALEXANDER YOUNG,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FOX 13 BROADCASTING,**<br><br>**Defendant.** | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>**Case No.:  2:20-cv-00065-JNP-DBP**<br><br>**Honorable Jill N. Parrish** |

Plaintiff Cody Young sued defendant Fox 13 Broadcasting. Magistrate Judge Pead issued a Report and Recommendation that the action be dismissed because Young failed to respond to a motion to dismiss filed by the defendant. *See* DUCivR 7-1(d). Judge Pead notified Young that a failure to file a timely objection to his recommendation could waive any objections to it. Young did not file an objection within the allotted time.

Because Young did not object to the Report and Recommendation, he waived any argument that it was in error. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). The court has reviewed the Report and Recommendation and concludes it is not clearly erroneous. Thus, the court finds that the interests of justice do not warrant deviation from the waiver rule and ADOPTS IN FULL the Report and Recommendation.

The court, therefore, dismisses plaintiff Cody Young's complaint.

DATED May 13, 2020.

BY THE COURT:

Hon. Jill N. Parrish
United States District Judge